UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRIAN SPRINKLE,

            Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, and DOES 10, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-01497-AC

[~~PROPOSED~~] ORDER ON STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Per the stipulation of the Parties, the case is hereby transferred from the United States District Court for the Eastern District of California to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: April 22, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

**[PROPOSED] ORDER ON STIPULATION TO TRANSFER**